BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINESHA V. KANG ) | No. 2:15-cv-0335 CKD (TEMP) |
| ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from November 19, 2015, to December 11, 2015, with all other deadlines extended accordingly. This extension is required due to the counsel's crowded briefing schedule.

////

////

////

1

| | |
|---|---|
| Dated: November 17, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: November 17, 2015 | Benjamin B. Wagner <br> United States Attorney |
| | Deborah Lee Stachel <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ Jean Turk <br> JEAN TURK <br> Special Assistant United States Attorney |
| | Of Counsel: Amanda Schapel |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:   November 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/kang0335.stip.eot.ord.rtf